# Stein Farkas & Schwartz LLP
*Attorneys at Law*

Aaron M. Stein*
Joshua Farkas**
Jeffrey M. Schwartz*

---

Benjamin Fish
Esther E. Schwartz

*Admitted in NY & NJ, ** Admitted in NY & PA

December 17, 2009

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201
Courtroom N2E – North Wing

Re.   Kalter v. Fireman's Fund Insurance Company.
      Index # 09-CV – 5450 (FB)(RER)

Dear Magistrate Judge Reyes:

We represent the plaintiffs in the above referenced matter, and we write with the consent of counsel for defendant to request an adjournment to December 30, 2009 of the Initial Conference currently scheduled for December 22, 2009. We are requesting this adjournment because I have a prior scheduled conflicting appearance in another court on December 22, 2009. This is the first request of an adjournment of this conference.

If you have any questions, please feel free to call.

Respectfully submitted,

Esther E. Schwartz

Cc: David E. Ross, Esq. (by facsimile to: 212-451-2999)